UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

H.D.S.B.,                                          CASE NO.  19-62088-CIV-DIMITROULEAS

      Petitioner,

vs.

JUAN AGUDELO, et al.,

      Respondent.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon Petitioner's Verified Petition for Habeas Corpus, ECF No. [1]("Petition"), pursuant to 28 U.S.C. §2241 and the Administrative Procedure Act, 5 U.S.C. §§ 701, *et seq.*  As of the date of this order, Respondents have not yet appeared in this case.  The Court has carefully considered the Petition, and in light of the nature of the relief requested in the Petition, it is ORDERED AND ADJUDGED as follows:

1.  Petitioner shall serve the Petition and this Order on Respondents on or before August 26, 2019.

2.  On or before August 29, 2019, Respondents must file a response to show cause why the Court should not grant the Petition.  A reply may be filed on or before September 5, 2019.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of August, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Stephanie Fidler, AUSA

Anthony Erickson Pagorzelski, AUSA

Counsel of Record