UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

H.D.S.B.,                                             CASE NO.  19-62088-CIV-DIMITROULEAS

　　　　Petitioner,

vs.

JUAN AGUDELO, et al.,

　　　　Respondent.
_____/

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon the Plaintiff's Notice of Voluntary Dismissal

("Notice") [DE 10], filed herein on August 28, 2019. The Court has carefully considered the

Notice, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1.　The Notice [DE 10] is hereby **APPROVED**;

2.　This case is **DISMISSED;**

3.　The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as

　　moot.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida on

this 16th day of September, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record